**IN RE APPEAL OF ATLANTIC COAST CONFERENCE**

[336 N.C. 69 (1994)]

IN THE MATTER OF THE APPEAL OF THE ATLANTIC COAST CONFERENCE

No. 464A93

(Filed 8 April 1994)

Appeal by Guilford County (Taxing Authority) pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 112 N.C. App. 1, 434 S.E.2d 865 (1993), remanding for further hearings before the Property Tax Commission. Heard in the Supreme Court 15 March 1994.

*Guilford County Attorney's Office, by Jonathan V. Maxwell, County Attorney, and Joyce L. Terres, Assistant County Attorney, for Taxing Authority-appellant.*

*Smith Helms Mulliss & Moore, L.L.P., by Bynum M. Hunter, for Atlantic Coast Conference-appellee.*

PER CURIAM.

AFFIRMED.